### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| ADELSO ENRIQUE REVOLORIO, MAYRA DELLA CELLA, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 5:23-CV-00132-RWS |
| KENNETH SCISNEY III, CHECKS OVER STRIPES, LLC, | § § § § | |
| Defendants. | § | |

### ORDER

Before the Court is the parties' Joint Motion to Dismiss. Docket No. 23. In the joint motion, the parties move for dismissal with prejudice of all claims in this action with each party bearing its own costs. *Id.* The Court, having reviewed the joint motion finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and expenses. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 5th day of September, 2024.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE